UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY PAUL WILLIAMS,

    Petitioner,

 v.

JEFFREY UTTECHT,

    Respondent.

CASE NO. C20-1482 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

  This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge. Dkt. 19. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

  (1) The R&R is **ADOPTED**;

  (2) Petitioner's petition for habeas corpus, Dkt. 4, is **DENIED**, and this action is **DISMISSED with prejudice**;

  (3) A certificate of appealability is **DENIED**;

  (4) This case is closed; and

\

\

ORDER - 1

(5) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable Michelle L. Peterson.

Dated this 22nd day of June, 2021.

_____
BENJAMIN H. SETTLE
United States District Judge